Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Timothy Bror Touve | ) Chapter 13 </br> ) </br> ) Case No.: 8:15-bk-14907-TA </br> ) </br> ) **NOTICE OF UNCLAIMED DIVIDEND** </br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302431** in the sum of **$5,706.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

Timothy Bror Touve
21 Calle Coturno
Rancho Santa Margari, CA 92688

Date: September 19, 2016        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1514907 | Timothy Bror Touve  ACCT: | Claim: 00000    XXX-XX-7075 | 5,706.00 | 0.00 | 5,706.00 |
| | | TOTALS | 5,706.00 | 0.00 | 5,706.00 |

Timothy Bror Touve

BALANCE:          [0.00 104/00000]
SSN: XXX-XX-7075   SSN:
ACCT:                     CASE: 1514907
PRINCIPAL:   5,706.00   INTEREST:   0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0302431

Sep 12, 2016

VOID 90 DAYS FROM DATE

*****$5,706.00

PAY  Five Thousand Seven Hundred Six And 00 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈030243⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.